## No. 15,393.

### YOUNG *v.* YOUNG.
(161 P. [2d] 520)

Decided August 16, 1945.

Judgment affirmed in department without written opinion, Mr. Chief Justice Bakke, Mr. Justice Burke and Mr. Justice Jackson, participating.

Mr. HARRY G. SAUNDERS, for plantiff in error.

Mr. JOEL E. STONE, Mr. SAMUEL W. JOHNSON, for defendant in error.